UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRANDON MICHAEL COUNCIL, )
)
Petitioner, )
)
v. ) No. 2:23-cv-00491-JPH-MKK
)
MERRICK GARLAND, )
STEVEN KALLIS, )
)
Respondents. )

**FINAL JUDGMENT**

The Court enters FINAL JUDGMENT. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed **without prejudice**.

**SO ORDERED.**

Date: 10/30/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____
Deputy Clerk, U.S. District Court

Distribution:

BRANDON MICHAEL COUNCIL
63961056
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Courtesy Copy:

    Barry Fisher
    Federal Public Defender
    54 State Street, Suite 310
    Albany, NY 12207

    John R. Maley
    Barnes & Thornburg, LLP
    11 S. Meridian Street
    Indianapolis, IN 46204